UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDAN PASTOR,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>EMPIRE TODAY, LLC,<br><br>　　　　　　　　　Defendants. | Case No.: 22-CV-01376-JO-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF THE ACTION** |

　　The parties filed a Joint Motion for Dismissal [Dkt. 20] of the action under Federal Rule of Civil Procedure Rule 41 in light of the parties' settlement. For the reasons discussed below, the Court grants the joint motion.

## I.　DISCUSSION

　　An action may be dismissed at the plaintiff's request only by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). The Ninth Circuit has held that the decisions to grant a voluntary dismissal under Rule 41(a)(2) is within the sound discretion of the district court. *Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145 (9th Cir.

1982) (*citing Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980)). In ruling on a motion for voluntary dismissal, the District Court must consider whether the defendant will suffer legal prejudice as a result of the dismissal. *Hamilton*, 679 F.2d at 145. Legal prejudice refers to "prejudice to some legal interest, some legal claim, [or] some legal argument." *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996).

Here, the Court finds the joint motion proper. Defendant does not identify, and the Court does not find any legal prejudice that might result from the dismissal of the action. Both parties have stipulated that they performed all the relevant conditions and promises in their settlement agreement, including the settlement payment. Accordingly, the Court grants the joint motion.

## II. CONCLUSION AND ORDER

For the reasons discussed above, the Court GRANTS the Joint Motion to Dismiss the Action with prejudice. [Dkt. 20]. The clerk of court shall close this case.

**IT IS SO ORDERED**.

Dated:  February 27, 2023

_____
Hon. Jinsook Ohta
United States District Judge